119 P.3d 1147

# SUPREME COURT OF HAWAI'I

**September 26, 2005**

| 26911 | State v. Brown | Affirmed |

**September 30, 2005**

| 24603 | Gray Quarter Horse, LLC v. Watson; Watson v. Gray | Affirmed |
| 26687 | State v. Kalaola | Affirmed |